UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFERY LEE MILLER ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:05-1089 |
| ] | Judge Trauger |
| ROBERT WALLER, WARDEN ] | |
|     Respondent. ] | |

O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner has failed to state a claim upon which relief can be granted. Therefore, the petition for writ of habeas corpus (Docket Entry No. 1) is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                          Aleta A. Trauger
                                        United States District Judge